# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 162 WAL 2016
                                    :

           Respondent           :

                                     : Petition for Allowance of Appeal from
                                     : the Order of the Superior Court

             v.                      :

KENNETH JOHN KONIAS, JR.,       :

           Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.